IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRY STONE,<br><br>Plaintiff,<br><br>v.<br><br>ADAN ABDIRAHMAN and<br>A&B EXPRESS, LLC,<br><br>Defendants. | Case No. 17-cv-600 JPG/RJD |

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: February 2, 2018**     JUSTINE FLANAGAN, Acting Clerk of Court

  *s/Tina Gray,* **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**